Same case below, 356 Fed. Appx. 358.

**No. 10-137. First Bank, Petitioner v. DJL Properties, LLC, et al.**

562 U.S. 1003, 131 S. Ct. 506, 178 L. Ed. 2d 371, 2010 U.S. LEXIS 8532.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 598 F.3d 915.

**No. 10-145. David Keating, et al., Petitioners v. Federal Election Commission.**

562 U.S. 1003, 131 S. Ct. 553, 178 L. Ed. 2d 371, 2010 U.S. LEXIS 8531.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 389 U.S. App. D.C. 424, 599 F.3d 686.

**No. 10-148. Estate of James F. Sheppard, by Its Co-Personal Representative, Michael E. McMorrow, Petitioner v. Jessica Schleis, et al.**

562 U.S. 1003, 131 S. Ct. 506, 178 L. Ed. 2d 371, 2010 U.S. LEXIS 8544.

November 1, 2010. Petition for writ of certiorari to the Supreme Court of Wisconsin denied.

Same case below, 324 Wis. 2d 41, 782 N.W.2d 85.

**No. 10-157. Sprint Spectrum, L.P., dba Sprint PCS, Petitioner v. Christopher W. Hesse, et al.**

562 U.S. 1003, 131 S. Ct. 506, 178 L. Ed. 2d 371, 2010 U.S. LEXIS 8530.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 598 F.3d 581.

**No. 10-158. Robert C. Huntzinger, Petitioner v. United States.**

562 U.S. 1003, 131 S. Ct. 507, 178 L. Ed. 2d 371, 2010 U.S. LEXIS 8466.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Armed Forces denied.

Same case below, 69 M.J. 1.

**No. 10-178. Shawn M. Lockett, et ux., Petitioners v. City of New Orleans, Louisiana, et al.**

562 U.S. 1003, 131 S. Ct. 507, 178 L. Ed. 2d 371, 2010 U.S. LEXIS 8534.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 607 F.3d 992.